In the Matter of the Application of ANNA A. CHIRALLI against THE BOARD OF EDUCATION OF THE CITY OF NEW YORK.— Motion for leave to appeal to the

Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Glennon, Untermyer and Cohn, JJ.